IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**GREGORY KENNY LEE, AIS # 184070,** :

    **Plaintiff,** :

**vs.** : **CIVIL ACTION 08-0257-CG-M**

**I. McKINNISON, et al.,** :

    **Defendants.** :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 24th day of March, 2009.

                                      /s/ Callie V. S. Granade
                                    CHIEF UNITED STATES DISTRICT JUDGE